COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-331-CV

DENNIS DEWAYNE PAIGE
 
APPELLANT

V.

RESSIE OWENS, CHAIRWOMAN, APPELLEE

TEXAS BOARD OF PARDONS AND PAROLES
 
 

----------

FROM THE 78
TH
 DISTRICT COURT OF WICHITA COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s request for the court to withdraw his appeal.  It is the court’s opinion that the request should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ. 

DELIVERED:  September 4, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.